IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1966 (RGA) |
| | ) |
| BROADCOM INC., LSI CORPORATION, | ) |
| AVAGO TECHNOLOGIES U.S., INC. | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven J. Rizzi of KING & SPALDING LLP, 1185 Avenue of the Americas, 35th Floor, New York, NY 10036 to represent defendants Broadcom Inc., LSI Corporation, and Avago Technologies U.S., Inc., in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer A. Ward*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jennifer A. Ward (#6476)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
jward@mnat.com

*Attorneys for Defendants*

January 18, 2019

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Steven J. Rizzi is granted.


Dated: _____    _____

                                                               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: Jan. 18, 2019

Steven J. Rizzi
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 18, 2019, upon the following at the email addresses indicated below:

Gregory R. Booker                                                               *VIA ELECTRONIC MAIL*
Ronald P. Golden III
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
*Attorneys for Plaintiff TexasLDPC Inc.*

Lawrence K. Kolodney                                              *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
*Attorneys for Plaintiff TexasLDPC Inc.*

David M. Hoffman                                                   *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
*Attorneys for Plaintiff TexasLDPC Inc.*

                                                                    */s/ Jennifer A. Ward*
                                                                    _____
                                                                    Jennifer A. Ward (#6476)