IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1966 (RGA) |
| | ) |
| BROADCOM INC., LSI CORPORATION | ) |
| and AVAGO TECHNOLOGIES U.S., INC. | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Broadcom Inc., LSI Corp., and Avago Technologies U.S., Inc. (collectively, "Defendants") hereby move to dismiss Plaintiff TexasLDPC Inc.'s Amended Complaint (D.I. 9) with prejudice for lack of standing and for failure to state a claim on which relief can be granted. The grounds for this motion are fully set forth in Defendants' Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer A. Ward*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Jennifer A. Ward (#6476)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
jward@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Steven J. Rizzi
Ramy E. Hanna (DE # 5494)
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036
(212) 556-2100

March 1, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1966 (RGA) |
| | ) |
| BROADCOM INC., LSI CORPORATION and AVAGO TECHNOLOGIES U.S., INC. | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

The Court, having considered Defendants Broadcom Inc., LSI Corp., and Avago Technologies U.S., Inc.'s (collectively, "Defendants") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) ("Motion"), and the parties' positions and arguments related thereto:

IT IS HEREBY ORDERED this _____ day of _____ 2019, that Defendants' Motion is GRANTED and Plaintiff TexasLDPC Inc.'s Amended Complaint is dismissed with prejudice.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 1, 2019, upon the following at the email addresses indicated below:

| | |
|---|---|
| Gregory R. Booker, Esquire<br>Ronald P. Golden III, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff TexasLDPC Inc.* | *VIA ELECTRONIC MAIL* |
| Lawrence K. Kolodney, Esquire<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA  02210<br>*Attorneys for Plaintiff TexasLDPC Inc.* | *VIA ELECTRONIC MAIL* |
| David M. Hoffman, Esquire<br>FISH & RICHARDSON P.C.<br>111 Congress Avenue, Suite 810<br>Austin, TX  78701<br>*Attorneys for Plaintiff TexasLDPC Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer A. Ward*
_____
Jennifer A. Ward (#6476)