

March 29, 2021

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

**Warren K. Mabey, Jr.**
Principal
mabey@fr.com
302 778 8456  direct

Re: *TexasLDPC Inc. v. Broadcom Inc. et al.,* C.A. No. 1:18-cv-01966-SB

Dear Judge Bibas:

The parties have conferred pursuant to D.I. 61 ¶ 3, and are jointly available for a status conference during the week of April 5th at the following times (Eastern):

**Monday, April 5**: 2-4pm

**Tuesday, April 6:** 11am-1pm

**Wednesday, April 7:** 2-5pm

**Thursday, April 8:** 900-1030am; 3-5pm

**Friday, April 9:** 130-230pm


Sincerely,

*/s/ Warren Mabey*

Warren K. Mabey Jr.

Cc: All Counsel of Record – via e-mail.