IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM INC., LSI CORPORATION, and AVAGO TECHNOLOGIES U.S. INC., <br><br> Defendants. | C.A. No. 18-1966-SB <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to Court approval, that the parties shall brief motions on the threshold issues in accordance with the following schedule:

Opening: July 2, 2021

Answering: July 16, 2021

Reply: July 23, 2021

Dated: June 1, 2021

| FISH & RICHARDSON P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Warren K. Mabey* | */s/ Adam W. Poff* |
| Gregory K. Booker (No. 4784) <br> Warren K. Mabey (No. 5775) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> booker@fr.com <br> mabey@fr.com | Adam W. Poff (No. 3990) <br> Robert M. Vrana (No. 5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> rvrana@ycst.com |
| *Attorneys for Plaintiff TexasLDPC Inc.* | *Attorneys for Defendants Broadcom, Inc.,* |

*LSI Corporation, and Avago Technologies, Inc.*

SO ORDERED this _____ day of June, 2021.

_____
U.S.D.J.