## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., <br><br> Plaintiff <br><br> v. <br><br> BROADCOM INC., LSI COPORATION, and AVAGO TECHNOLOGIES U.S. INC., <br><br> Defendant | C.A. No. 18-1966-SB <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANTS MOTION FOR SUMMARY JUDGMENT REGARDING ALL CLAIMS ASSERTED BY TEXASLDPC, INC.

Broadcom Inc., LSI Corporation, and Avago Technologies US Inc. ("Defendants") hereby respectfully move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In support of this Motion, Defendants rely upon the accompanying Opening Brief and exhibits thereto, and the pleadings and other filings of record in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendants Broadcom Inc., LSI Corporation and Avago Technologies U.S. Inc*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., | |
| Plaintiff | C.A. No. 18-1966-SB |
| v. | **JURY TRIAL DEMANDED** |
| BROADCOM INC., LSI COPORATION, and AVAGO TECHNOLOGIES U.S. INC., | |
| Defendant | |

## ORDER

This _____ day of _____, 2021, Defendants Broadcom Inc., LSI Corporation, and Avago Technologies U.S. Inc. ("Defendants") having moved, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against Plaintiff TexasLDPC Inc. on all claims asserted by TexasLDPC Inc., and the Court having concluded that summary judgment should be entered; now therefore.

IT IS HEREBY ORDERED that the Court grants Defendants' motion for summary judgment and judgment is hereby entered against TexasLDPC, Inc. and in favor of Defendants.

_____
The Honorable Stephanos Bibas
United States District Court Judge

28304803

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on July 2, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all counsel of record. I further certify that I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Gregory R. Booker, Esquire
>Warren K. Mabey, Jr., Esquire
>FISH & RICHARDSON P.C.
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801
>
>Lawrence K. Kolodney, Esquire
>FISH & RICHARDSON P.C.
>One Marina Park Drive
>Boston, MA 02210
>
>David M. Hoffman, Esquire
>FISH & RICHARDSON P.C.
>111 Congress Avenue, Suite 810
>Austin, TX 78701
>
>Rodeen Talebi, Esquire
>FISH & RICHARDSON P.C.
>1717 Main Street, Suite 5000
>Dallas, TX 75201
>
>*Attorneys for Plaintiff TexasLDPC Inc.*

Dated: July 2, 2021

>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
>*/s/ Adam W. Poff*
>Adam W. Poff (No. 3990)
>Rodney Square
>1000 North King Street
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com

2

*Attorneys for Defendants Broadcom Inc.,
LSI Corporation and Avago Technologies
U.S. Inc.*