

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

September 22, 2022

**VIA ELECTRONIC FILING**

**Warren K. Mabey, Jr.**
Principal
mabey@fr.com
302 778 8456  direct

The Honorable Stephanos Bibas
18614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re: *TexasLDPC Inc. v. Broadcom Inc. et al.,* C.A. No. 1:18-cv-01966-SB

Dear Judge Bibas:

     Pursuant to the Court's Scheduling Order, D.I. 151, paragraph 14, the parties provide the following status update on the California action:

     The California trial court proceedings remain stayed while the parties' respective appeals of the court's October 14, 2021 order granting California Defendant Kiran Gunnam's special motion to strike pursuant to the California anti-SLAPP statute, and denying Defendant Anu Yarlagadda's anti-SLAPP motion, proceed at the appellate court.  Appeal briefing is underway.  LSI filed its opening appeal brief on April 15, 2022.  The California Defendants filed their combined opening/response brief on July 5, 2022.  Briefing is still not complete.  No oral argument date is set.

Sincerely,

*/s/ Warren Mabey*

Warren K. Mabey Jr.
On behalf of the parties
cc: All Counsel of Record – via e-mail