IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., | |
| Plaintiff, | |
| v. | C.A. No. 18-1966-SB |
| BROADCOM INC., LSI CORPORATION, AVAGO TECHNOLOGIES U.S. INC., | |
| Defendants. | |

## DEFENDANTS' 30(b)(1) NOTICE OF DEPOSITION OF DAVID GRACE

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff TexasLDPC Inc., by and through their counsel of record, will take the deposition of David Grace. The deposition will commence at 9:00 a.m. local time on October 19, 2022 at the offices of Fish & Richardson P.C., located at 222 Delaware Avenue, 17th Floor, Wilmington, DE 19801, and will continue from day to day until completed, or at such other time and place as may be mutually agreed upon by counsel for the parties.

The deposition will be taken by oral examination, with written and/or sound and visual record made thereof (e.g. videotape, LiveNote, etc.) before a Notary Public or officer authorized by law to administer such oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. This deposition is for the purpose of discovery and evidentiary use at trial or any hearing for this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure. You are invited to attend.

Date: September 23, 2022    FISH & RICHARDSON P.C.

Lawrence K. Kolodney     */s/ Warren K. Mabey, Jr.*
Fish & Richardson P.C.      Gregory R. Booker (#4784)
One Marina Park Drive       Warren K. Mabey, Jr. (#5775)
Boston, MA 02210        222 Delaware Avenue, 17th Floor
Telephone:  (617) 542-5070     P.O. Box 1114
kolodney@fr.com         Wilmington, DE 19899
              Telephone:  (302) 652-5070
David M. Hoffman         booker@fr.com
Fish & Richardson P.C.      mabey@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone:  (512) 472-5070     ATTORNEYS FOR PLAINTIFF
hoffman@fr.com        TEXASLDPC INC.

Michael R. Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
(650) 839-5070
headley@fr.com

Rodeen Talebi
Bret T. Winterle
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
talebi@fr.com
winterle@fr.com

Elliot N. Scher
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-4721
scher@fr.com