10/10IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BROADCOM INC., LSI CORPORATION, AVAGO TECHNOLOGIES U.S. INC.,<br><br>　　　　　　Defendants. | C.A. No. 18-1966-SB |

**DEFENDANTS' 30(b)(1) NOTICE OF DEPOSITION OF NILESH MISTRY**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff TexasLDPC Inc., by and through their counsel of record, will take the deposition of Nilesh Mistry. The deposition will commence at 9:00 a.m. local time on October 14, 2022 at the offices of Fish & Richardson P.C., located at 222 Delaware Avenue, 17th Floor, Wilmington, DE 19801, and will continue from day to day until completed, or at such other time and place as may be mutually agreed upon by counsel for the parties.

The deposition will be taken by oral examination, with written and/or sound and visual record made thereof (e.g. videotape, LiveNote, etc.) before a Notary Public or officer authorized by law to administer such oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. This deposition is for the purpose of discovery and evidentiary use at trial or any hearing for this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure. You are invited to attend.

| | |
|---|---|
| Date: September 23, 2022 | FISH & RICHARDSON P.C. |
| | |
| Lawrence K. Kolodney<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone:  (617) 542-5070<br>kolodney@fr.com | /s/ Warren K. Mabey, Jr.<br>Gregory R. Booker (#4784)<br>Warren K. Mabey, Jr. (#5775)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Telephone:  (302) 652-5070<br>booker@fr.com<br>mabey@fr.com |
| David M. Hoffman<br>Fish & Richardson P.C.<br>111 Congress Avenue, Suite 810<br>Austin, TX 78701<br>Telephone:  (512) 472-5070<br>hoffman@fr.com | ATTORNEYS FOR PLAINTIFF<br>TEXASLDPC INC. |
| Michael R. Headley<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>(650) 839-5070<br>headley@fr.com | |
| Rodeen Talebi<br>Bret T. Winterle<br>Fish & Richardson P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747-5070<br>talebi@fr.com<br>winterle@fr.com | |
| Elliot N. Scher<br>Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>(858) 678-4721<br>scher@fr.com | |