IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>BROADCOM INC., LSI CORPORATION, AVAGO TECHNOLOGIES U.S. INC.,<br><br>              Defendants. | C.A. No. 18-1966-SB<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF TEXASLDPC INC.'S MOTION REGARDING ITS DISCOVERY DISPUTE AS TO SOURCE CODE PRINTING

Pursuant to the Order Appointing Special Master (D.I. 231, ¶ 3a), and the Stipulation and Order Relating to the Procedures for Resolving Discovery Disputes (D.I. 238), TexasLDPC requests a discovery conference with the Special Master to obtain the below relief.

To compel Defendants to print source code relevant and necessary to demonstrating infringement for each accused decoder.

TexasLDPC's opening letter brief, in support of the requested relief, is being contemporaneously e-mailed to the Special Master and counsel of record, pursuant to D.I. 231, ¶ 3a and D.I. 238 at 1.

| | |
|---|---|
| Lawrence K. Kolodney<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>(617) 542-5070<br>kolodney@fr.com<br><br>David M. Hoffman<br>Fish & Richardson P.C.<br>111 Congress Avenue, Suite 810<br>Austin, TX 78701<br>(512) 472-5070<br>hoffman@fr.com | FISH & RICHARDSON P.C.<br><br>*/s/ Warren K. Mabey, Jr.*<br>Gregory R. Booker (#4784)<br>Warren K. Mabey, Jr. (#5775)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>(302) 652-5070<br>booker@fr.com<br>mabey@fr.com<br><br>ATTORNEYS FOR PLAINTIFF<br>TEXASLDPC INC. |

Michael R. Headley
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
(650) 839-5070
headley@fr.com

Bret T. Winterle
Rodeen Talebi
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
214-747-5070
winterle@fr.com
talebi@fr.com

Elliot N. Scher
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-4721
scher@fr.com


Dated: October 17, 2022