IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1966 (SB) |
| | ) |
| BROADCOM INC., LSI CORPORATION | ) |
| and AVAGO TECHNOLOGIES U.S., INC. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiff to respond to Defendants' Motion for Clarification and Reconsideration of the Court's Order Regarding Plaintiff's Control over Kiran Gunnam, Gwan Choi, and Texas A&M (D.I. 388) is extended to November 15, 2022.

Dated: November 14, 2022

FISH & RICHARDSON P.C.

/s/ *Warren K. Mabey, Jr.*

Gregory R. Booker (#4784)
Warren K. Mabey, Jr. (#5775)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
(302) 652-5070
booker@fr.com
mabey@fr.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*

Adam W. Poff (#3990)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

SO ORDERED this ___ day of _____, 2022.

_____
United States Circuit Judge