IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEXASLDPC INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM INC., LSI CORPORATION, and AVAGO TECHNOLOGIES U.S., INC., <br><br> Defendants. | C.A. No. 18-1966-SB |

**DEFENDANTS' AMENDED NOTICE OF 30(b)(1) DEPOSITION OF OSSO VAHABZADEH**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants Broadcom Inc., LSI Corp., and Avago Technologies U.S. Inc., by and through their counsel of record, will take the deposition of Osso Vahabzadeh. The remote deposition will commence on Sunday, December 4, 2022 at 9:30 a.m. PST and will continue from day to day until completed.

The deposition will be taken by oral examination, with written and/or sound and visual record made thereof (e.g. videotape, LiveNote, etc.) before a Notary Public or officer authorized by law to administer such oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. This deposition is for the purpose of discovery and evidentiary use at trial or any hearing for this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

OF COUNSEL:

**MCKOOL SMITH, PC**
Steven J. Rizzi
Ramy E. Hanna (DE#5494)

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street

395 9th Avenue, 50th Floor
New York, New York 10001-8603
(212) 402-9444
srizzi@mckoolsmith.com
rhanna@mckoolsmith.com

Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Broadcom Inc., LSI Corporation and Avago Technologies U.S. Inc.*

29900179.1

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on November 17, 2022, I caused a true and correct copy of the foregoing sealed document to be served via electronic mail upon the below-listed counsel:

Gregory R. Booker
Warren K. Mabey, Jr.
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Lawrence K. Kolodney
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210

David M. Hoffman
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701

Rodeen Talebi
Bret T. Winterle
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

Elliot N. Scher
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130

Michael R. Headley
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

*Attorneys for Plaintiff TexasLDPC Inc.*

|  |  |
|---|---|
| Dated: November 17, 2022 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*rvrana@ycst.com*<br><br>*Attorneys for Defendants Broadcom Inc., LSI Corporation and Avago Technologies U.S. Inc.* |

2